IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| MARIA MAGDALENA GUTIERREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:06-CV-0328-M |
| | § | |
| UNITED STATES DEPARTMENT | § | |
| OF HOMELAND SECURITY, | § | |
| | § | |
| Defendant. | § | |

## MOTION TO FILE FORM I-589 UNDER SEAL

1. Defendant, United States Department of Homeland Security, by and through the undersigned Assistant United States Attorney, moves for entry of an order from this Court to file under seal pages 1 through 54 of Plaintiff's Application for Asylum and Withholding of Removal.

2. Pages 1 through 54 of Plaintiff's Application for Asylum and Withholding of Removal contains personal and family data.

3. Defendant's requested relief is consistent with the privacy policy of the United States District Court for the Northern District of Texas.

4. For these reasons, Defendant requests that the Court seal Plaintiff's Application for Asylum and Withholding of Removal that has been identified as Defendant's Exhibit Number 3, to be filed in this case.

Motion to File Form I-589 Under Seal - Page 1

Plaintiff was furnished with a copy of her Application for Asylum and Withholding of Removal in a letter dated July 26, 2005, and will not be prejudiced by the relief requested herein. A proposed Order along with pages 1 through 54 of Plaintiff's Application for Asylum and Withholding of Removal is enclosed.

>
> Respectfully submitted,
>
> RICHARD B. ROPER
> UNITED STATES ATTORNEY
>
> _____
> Frank D. Able
> Assistant United States Attorney
> Texas Bar Number 00810250
> 1100 Commerce Street, Third Floor
> Dallas, Texas 75242-1699
> Telephone: 214.659.8610
> Facsimile: 214.767.2916

## CERTIFICATE OF CONFERENCE

Plaintiff's attorney, Joyce Asber, was contacted by the undersigned attorney regarding this motion or the relief requested herein on March 27, 2006.. Ms. Asber states that she does not object to the undersigned attorney filing the Motion to File Form I-589 Under Seal.

>
> _____
> Frank D. Able
> Assistant United States Attorney

**Motion to File Form I-589 Under Seal - Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of Defendant's Motion to File Form I-589 Under Seal was served on Plaintiff's attorney, by regular mail on the 27th day of March, 2006 to the following:

> John Wheat Gibson, P.C.
> By Joyce Asber
> 701 Commerce, Suite 110
> Dallas, Texas 75202
>
> _____
> Frank D. Able
> Assistant United States Attorney

Motion to File Form I-589 Under Seal - Page 3